1  PAUL V. SIMPSON (State Bar No. 83878)
   RONALD F. GARRITY (State Bar No. 110488)
2  H. ANN LIROFF (State Bar No. 113180)
   SIMPSON, GARRITY, INNES & JACUZZI
3  Professional Corporation
   601 Gateway Boulevard, Suite 950
4  South San Francisco, California 94080
   Telephone: (650) 615-4860
5  Fax: (650) 615-4861

6  Attorneys for Plaintiffs
   Cepheid, Peter Farrell, Glynn Perry and Jennifer Richards
7

8  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   carolyn.luedtke@mto.com
9  MARJA-LIISA OVERBECK (State Bar No. 261707)
   mari.overbeck@mto.com
10 MUNGER, TOLLES & OLSON LLP
   560 Mission Street
11 Twenty-Seventh Floor
   San Francisco, California 94105-2907
12 Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
13
   Attorneys for ABBOTT LABORATORIES
14

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*DATED: 2/3/2015*

15                  UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

18 | CEPHEID, a California Corporation, PETER FARRELL, GLYNN PERRY AND JENNIFER RICHARDS, | Case No. 14-cv-05652 EJD |
|---|---|
| Plaintiffs, | **JOINT STIPULATION EXTENDING RESPONSIVE PLEADING DEADLINE** |
| vs. | |
| ABBOTT LABORATORIES, an Illinois Corporation, | Judge:   Hon. Edward J. Davila |
| Defendant. | Crtrm.:  4, 5th Floor |

25652163.1

14-cv-05652

JOINT STIPULATION EXTENDING RESPONSIVE PLEADING DEADLINE

WHEREAS, on December 30, 2014, Plaintiffs Cepheid, Peter Farrell, Glynn Perry and Jennifer Richards ("Plaintiffs") filed the initial complaint in the above-caption case before this Court (Dkt. No. 1);

WHEREAS, on January 6, 2015, Plaintiffs filed a First Amended Complaint (Dkt. No. 6),

WHEREAS, Plaintiffs served the Amended Complaint on Defendant Abbott Laboratories ("Abbott") on January 12, 2015 (Dkt. No. 13);

WHEREAS, Abbott's deadline to file a responsive pleading pursuant to Rule 15 of the Federal Rules of Civil Procedure is February 2, 2015;

WHEREAS, the Parties have agreed to extend Abbott's responsive pleading deadline by seven days;

WHEREAS, because this case was just recently filed, the Parties' agreement to extend the responsive pleading deadline will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, that: Abbott's deadline to file a responsive pleading to the Amended Complaint (Dkt. No. 6) is extended by one week from February 2, 2015 to February 9, 2015.

IT IS SO STIPULATED AND AGREED.

DATED:  February 2, 2015              MUNGER, TOLLES & OLSON LLP
                                      CAROLYN HOECKER LUEDTKE
                                      MARJA-LIISA OVERBECK


                                      By:   /s/ *Carolyn Hoecker Luedtke*
                                            CAROLYN HOECKER LUEDTKE
                                      Attorneys for ABBOTT LABORATORIES

DATED: February 2, 2015                     SIMPSON, GARRITY, INNES & JACUZZI

                                            By:    */s/ H. Ann Liroff*
                                                   H. ANN LIROFF
                                            Attorneys for Cepheid, Peter Farrell, Glynn Perry and Jennifer Richards

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Ann Liroff.

DATED: February 2, 2015                     MUNGER, TOLLES & OLSON LLP

                                            By:    */s/ Carolyn Hoecker Luedtke*
                                                   CAROLYN HOECKER LUEDTKE
                                            Attorneys for ABBOTT LABORATORIES