PAUL V. SIMPSON, BAR NO. 83878
E-mail: psimpson@sgijlaw.com
RONALD F. GARRITY, BAR NO. 110488
E-mail: rgarrity@sgijlaw.com
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861

Attorneys for Plaintiffs
Cepheid, Peter Farrell, Glynn Perry,
and Jennifer Richards

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 4/13/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CEPHEID, a California corporation, PETER FARRELL, GLYNN PERRY AND JENNIFER RICHARDS,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, an Illinois Corporation,<br><br>Defendant. | Case No. 5:14-cv-05652 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Edward J. Davila |

///

///

///

{CLIENT FILES/32247/2/00329685.DOCX}                                                                                          - 1 -

1  NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), Plaintiffs Cepheid, Peter Farrell, Glynn Perry, and Jennifer Richards voluntarily dismiss the above-captioned action with prejudice, pursuant to the terms of a Settlement Agreement and Mutual Release executed by the parties to this matter.

The Clerk shall close this file.

Date: April 10, 2015

Respectfully Submitted,
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: /s/ Ronald F. Garrity
   PAUL V. SIMPSON, BAR NO. 83878
   RONALD F. GARRITY, BAR NO. 110488
   Attorneys for Plaintiffs Cepheid, Peter Farrell,
   Glynn Perry, and Jennifer Richards